UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

JEREMIAH ALLEN JONES

Case No. 07-63268-PJS
Chapter 7
Judge: PHILLIP J. SHEFFERLY

Debtor(s)
_____/

**Amended Notice of Unclaimed Dividend**

TO THE CLERK OF THE COURT:

The attached check in the amount of $104.36 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347 (a). The name of each of the parties entitled to these unclaimed funds is as follows:

| Creditor Name | Claim No. | Dividend Amt. |
|---|---|---|
| DTE Energy | 2 | $104.36 |

Dated: 11/19/2009

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
(P34617)
308 W. Huron
Ann Arbor, MI 48103
734.668.4800
dse@ellmannlaw.com